No. 92–8318.  HARRELL v. UNITED STATES.  C. A. 7th Cir. Certiorari denied. ▮

No. 92–8323.  JAMES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮

No. 92–8344.  COOKS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied. ▮

No. 92–8412.  LEE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied. ▮

No. 92–8455.  NANTZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied. ▮

No. 92–8513.  SANCHEZ v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 92–8514.  SAPP v. BRADY.  C. A. 4th Cir.  Certiorari denied. ▮

No. 92–8516.  HERNANDEZ v. TEXAS.  Ct. App. Tex., 4th Dist. Certiorari denied. ▮

No. 92–8518.  GOTCHEY v. SECURITIES AND EXCHANGE COMMISSION.  C. A. 4th Cir.  Certiorari denied. ▮

No. 92–8520.  HOWE v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 92–8521.  FARMELANT v. CITY OF NEW YORK ET AL.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied. ▮

No. 92–8535.  MITCHELL v. IRVIN, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 92–8538.  LEWIS v. LYNN ET AL.  C. A. 5th Cir.  Certiorari denied. ▮

No. 92–8540.  RODGERS v. TRIGG, SUPERINTENDENT, INDIANA YOUTH CENTER.  C. A. 7th Cir.  Certiorari denied.